IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 99-0734-PHX-RGS |
| Plaintiff/Respondent, | CV 04-2441-PHX-RGS (ECV) |
| vs. | **ORDER** |
| Antonio Espinoza-Torres, | |
| Defendant/Movant. | |

Movant has filed a Motion for Status (Doc. #567) in which he asks the court to provide him with the current status of his case. He states that he has been moved to a new facility and, as a result, has not received documents from the court in a timely manner. This court recently filed a Report and Recommendation and submitted it to Judge Strand. Movant will receive a copy of the Report and Recommendation.

Accordingly, **IT IS ORDERED**, that the Motion for Status (Doc. #567) is **granted** to the extent that the status is set forth in the Report and Recommendation.

DATED this 21st day of December, 2005.

_Edward C. Voss_
Edward C. Voss
United States Magistrate Judge